UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE PIEDAD SOLORIO,

        Plaintiff(s),

vs.

MIKE EVANS,
        Defendant(s).

No. C 06-04641 MHP

**<u>JUDGMENT</u>**

The petition for writ of habeas corpus is denied on the merits.

IT IS SO ORDERED AND ADJUDGED.

Date: May 6, 2008

MARILYN HALL PATEL
Judge
United States District Court
Northern District of California

**ENDNOTES**